IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:03-CR-49-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| DAVID ISSAC WORRELL, ) | |
| a/k/a DAVID PATRICK WORRELL, ) | |
| Defendant. ) | |

Defendant's motion to reopen his first 28 U.S.C. § 2255 motion [DE #117] is DENIED. Furthermore, the court finds no substantial issue for appeal concerning the denial of a constitutional right and, therefore, denies a certificate of appealability.

This 1st day of September 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31